SONIA R. MARTIN (SBN 191148)
sonia.martin@dentons.com
ERICA L. WILLIAMS (SBN 307267)
erica.williams@dentons.com
DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CA 94105
Telephone:  415 267 4000
Facsimile:  415 267 4198

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY, ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY, and
AMCO INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVID PERCIN,<br><br>              Plaintiff,<br><br>       v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, AMCO INSURANCE COMPANY, an Iowa Corporation; and DOES 1-30, inclusive,<br><br>              Defendants. | No. 2:19-cv-2395-KJM-DB<br><br>**STIPULATION OF PARTIES TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DATES; AND ORDER** |

Plaintiff Mark David Percin, *in propria persona*, and defendants Nationwide Mutual Insurance Company, Allied Property And Casualty Insurance Company, and AMCO Insurance Company, by and through their respective counsel of record, hereby stipulate and agree to the following:

WHEREAS, this Court's December 30, 2019 Order set a Status (Pretrial Scheduling) Conference for February 7, 2020, requiring plaintiff to file and serve a status report on or before January 24, 2020, and requiring defendants to file and serve a status report on or before January 31, 2020.

WHEREAS, counsel for defendants is scheduled to be in Dallas, Texas the week of

Case No.: 2:19-cv-02395-KJM-DB         - 1 -         STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER

DENTONS US LLP
ONE MARKET PLAZA
SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
415 267 4000

1 February 7, 2020 for a mediation in another matter.

2 WHEREAS, the parties wish to continue the February 7, 2020 Status (Pretrial Scheduling) Conference, and related filing dates, by at least one week, due to defendants' trial counsel's unavailability.

IT IS HEREBY STIPULATED AND AGREED THAT:

The Status (Pretrial Scheduling) Conference, currently set for February 7, 2020, and all related filing dates, should be continued one week to February 14, 2020, or as soon thereafter as the Court's calendar allows. Plaintiff's status report will be filed and served by January 31, 2020, and defendants' status report will be filed and served by February 7, 2020.

The parties respectfully request the Court adopt the foregoing stipulation as the order of the Court.

Dated: January 8 , 2020

By: _____
Mark David Perein

Plaintiff, *in propria persona*

Dated: January 8 , 2020          DENTONS US LLP


By:  /s/ Sonia Martin
     Sonia R. Martin
     Erica L. Williams

Attorneys for Defendants
NATIONWIDE MUTUAL INSURANCE
COMPANY, ALLIED PROPERTY AND
CASUALTY INSURANCE COMPANY, and
AMCO INSURANCE COMPANY

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Status (Pretrial Scheduling) Conference is continued from February 7, 2020 to February 14, 2020;

2. Plaintiff shall file and serve a status report on or before January 31, 2020; and

3. Defendants shall file and serve a status report on or before February 7, 2020.

IT IS SO ORDERED.

DATED: January 9, 2020            /s/ DEBORAH BARNES
                                  UNITED STATES MAGISTRATE JUDGE

Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, California 94105
415 267 4000